**Darryl D. ATKINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 61078.**

Missouri Court of Appeals,
Western District.

June 24, 2003.

Andrew A. Schroeder, Appellate Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Charnette D. Douglass, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOWARD, P.J., and LOWENSTEIN and HARDWICK, JJ.

### ORDER

PER CURIAM.

Darryl D. Atkins appeals from the denial of his Rule 24.035 motion for postconviction relief following an evidentiary hearing. In his sole point on appeal, Atkins alleges the motion court clearly erred in denying his Rule 24.035 motion because he was

denied effective assistance of counsel in that counsel misled him into pleading guilty. As a result, Atkins argues his guilty pleas were not knowing, intelligent, and voluntary.

Affirmed. Rule 84.16(b).